1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772



FILED

JUN - 9 2009



SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

No. 2:09-SW-121 DAD

IN THE MATTER OF THE APPLICATION )  ORDER DELAYING
OF THE UNITED STATES OF AMERICA  )  NOTIFICATION OF TRACKING
FOR A WARRANT AUTHORIZING THE    )  DEVICE WARRANT
USE AND INSTALLATION OF A        )  (Fed. R. Crim. P. 41(f)(3);
TRACKING DEVICE IN OR ON A WHITE )  18 U.S.C. §3103a(b))
SUBARU STATION WAGON LOCATED     )
AT 12711 SOUTH LINCOLN STREET (aka )  (UNDER SEAL)
HIGHWAY 89), SIERRAVILLE, CALIFORNIA )
_____ )

   WHEREAS an ex parte application has been presented to the Court by Samuel Wong, Assistant United States Attorney, who is an "Attorney for the Government" within the meaning of F.R.Crim.P. 41, for renewal for an additional 30 days of the Order previously entered by United States Magistrate Judge Dale A. Drozd on April 16, 2009, that directed that "notification of the execution of the order be delayed for a period of 30 days after the use of the tracking device has ended because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation." The tracking device installed pursuant to Magistrate Drozd's order was removed on May 8, 2009, from the vehicle on which it was installed.

   Good cause appearing therefrom, it is ORDERED that, in accordance with 18 U.S.C. 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), notification of the execution of this

order be delayed for a period of an additional 30 days after the use of the tracking device has ended, or July 7, 2009, because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation, and endanger the confidential informant and law enforcement.

Dated: June 8, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE