| | |
|---|---|
| 1<br>2<br>3<br>4 | LAWRENCE G. BROWN<br>Acting United States Attorney<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2772 |

**FILED**

JUN − 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT
AUTHORIZING ... [REDACTED}

No. 2:09-SW-0121 DAD

SEALING ORDER

(Fed. R. Crim. P. 41(f)(3);
18 U.S.C. §3103a(b))

It is further ORDERED that the accompanying application, and the Court's resulting Order, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others.

Dated: June 8, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1