| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2772 |



FILED

JUL 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

# SEALED

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) No. 2:09-SW-0121 DAD
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT ) SEALING ORDER
AUTHORIZING ... [REDACTED] )
) (Fed. R. Crim. P. 41(f)(3);
) 18 U.S.C. §3103a(b) and (c))

It is further ORDERED that the accompanying application, and the Court's resulting Order, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others.

Dated: July 13, 2009



EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1