LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) No. 2:09-SW-121 DAD
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT AUTHORIZING THE ) ORDER DELAYING
USE AND INSTALLATION OF A ) NOTIFICATION OF TRACKING
TRACKING DEVICE IN OR ON A WHITE ) DEVICE WARRANT
SUBARU STATION WAGON LOCATED ) (Fed. R. Crim. P. 41(f)(3);
AT 12711 SOUTH LINCOLN STREET (aka ) 18 U.S.C. §3103a(b) and (c))
HIGHWAY 89), SIERRAVILLE, CALIFORNIA )
) (UNDER SEAL)

On April 16, 2009, United States Magistrate Judge Dale A. Drozd directed by written order that "notification of the execution of the order be delayed for a period of 30 days after the use of the tracking device has ended because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation." The tracking device installed pursuant to Magistrate Drozd's order was removed on May 8, 2009, from the vehicle on which it was installed. On June 8, 2009, United States Magistrate Judge Edmund F. Brennan extended the delayed notification period to July 7, 2009. By the instant ex parte application presented to the Court by Samuel Wong, Assistant United States Attorney, who is an "Attorney for the Government", the United States seeks, pursuant to F.R.Crim.P. 41 and 18 U.S.C. § 3103a(b) and (c), a new order renewing for an additional 90 days, nunc pro tunc to July 7, 2009, authorization for the delayed notification of the installation, use, and removal of the

1

tracking device on the subject vehicle.

Good cause appearing therefrom, it is ORDERED that, in accordance with 18 U.S.C. 3103a(b) and (c) and Federal Rule of Criminal Procedure 41(f)(3), notification of the execution of this order be delayed for a period of an additional 90 days <u>nunc pro tunc</u> from the expiration date of the Court's previous order on July 7, 2009, or until October 5, 2009, because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation, and endanger the confidential informant and law enforcement.

Dated: July 10, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2